1  S. Fey Epling  (State Bar No. 190025)       Emily Kalanithi (State Bar No. 256972)
   fey.epling@dbr.com                          emilykalanithi@quinnemanuel.com
2  Drinker Biddle & Reath, LLP                 Quinn Emanuel Urquhart Oliver & Hedges, LLP
3  50 Fremont Street, 20th Floor               50 California Street, 22nd Floor
   San Francisco, CA 94105-2235                San Francisco, CA 94111
4  Telephone:     (415) 591-7500               Telephone:     (415) 875-6600
                                               (Additional Counsel on Signature Page)
5
   Attorneys for Plaintiffs                    Attorneys for Defendants
6                                              XE Capital Management, LLC, XE Capital
                                               Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau,
7                                              and ARCHE Master Fund, L.P.

8                      **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11 SUN LIFE ASSURANCE COMPANY OF               09-2631 (MEJ)
   CANADA,
12                                             **STIPULATION AND [PROPOSED]**
                   Plaintiff,                  **ORDER EXTENDING DEFENDANTS'**
13                                             **TIME TO RESPOND TO**
           v.                                  **PLAINTIFF'S COMPLAINT**
14
   SUSAN MOLDAW, Executor of the Estate of
15 Stuart Moldaw, NORMAN FERBER, as
   Trustee of The 2004 Stuart Moldaw Trust,
16 STUART G. MOLDAW HOLDINGS III,
   LLC, PHILIP HILL, XE CAPITAL
17 MANAGEMENT, LLC, XE CAPITAL
   ADVISERS, LLC, XE L.I.F.E., LLC,
18 RANDALL K. KAU, and ARCHE MASTER
   FUND, L.P.,
19
                   Defendants.
20

21         **WHEREAS**, on June 12, 2009, Plaintiffs filed a Complaint in the above–captioned

22 action and the case was assigned to Chief Magistrate Judge Maria-Elena James;

23 **NOW THEREFORE, IT IS STIPULATED AND AGREED** that:

24 1.      Defendants, if they intend to file either a motion or answer directed at the Complaint, shall

25 file such motion or answer on or before August 21, 2009.  Plaintiff shall file any opposition to

26 such motion or answer on or before September 23, 2009, and Defendants shall file their reply, if

27 necessary, on or before October 9, 2009.

28

1

2   DRINKER BIDDLE & REATH LLP       QUINN EMANUEL URQUHART
                                           OLIVER & HEDGES, LLP

3

4   By:_s/ S. Fey Epling___             By:_s/ Emily Kalanithi_____
          S. Fey Epling, Esq.                Emily Kalanithi, Esq.

5   50 Freemont Street, 20th Floor        50 California Street, 22nd Floor
   San Francisco, CA 94105-2235      San Francisco, CA 94111

6   (415) 591-7500                     (415) 875-6600

7   *Attorneys for Plaintiff*                       -and-

8                                    Kevin S. Reed (Bar No. 2639177)
                                  kevinreed@quinnemanuel.com

9                                  Jaimie Leeser Nawaday (Bar No. 4294856)
                                  jaimienawaday@quinnemanuel.com

10                                 Quinn Emanuel Urquhart Oliver & Hedges LLP
                                  51 Madison Avenue, 22nd Floor

11                                  New York, New York  10010-1601
                                  Telephone:   (212) 849-7000

12                                  Facsimile:    (212) 849-7100

13                                  *Attorneys for Defendants*

14                                  *XE Capital Management, LLC, XE Capital*
                                  *Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau.*

15                                  *and ARCHE Master Fund, L.P.*

16

17   SO ORDERED this _7th_ day of August, 2009:

18

   _____

19

      United States Magistrate Judge Maria-Elena James

20

21

22

23

24

25

26

27

28