| | |
|---|---|
| S. Fey Epling  (State Bar No. 190025) | Emily Kalanithi (State Bar No. 256972) |
| fey.epling@dbr.com | emilykalanithi@quinnemanuel.com |
| Drinker Biddle & Reath, LLP | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| 50 Fremont Street, 20th Floor | 50 California Street, 22nd Floor |
| San Francisco, CA 94105-2235 | San Francisco, CA 94111 |
| Telephone:     (415) 591-7500 | Telephone:     (415) 875-6600 |
| | (Additional Counsel on Signature Page) |
| Attorneys for Plaintiff | Attorneys for Defendants XE Capital Management, LLC, XE Capital Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau, and ARCHE Master Fund, L.P. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>          Plaintiff,<br><br>     v.<br><br>SUSAN MOLDAW, Executor of the Estate of Stuart Moldaw, NORMAN FERBER, as Trustee of The 2004 Stuart Moldaw Trust, STUART G. MOLDAW HOLDINGS III, LLC, PHILIP HILL, XE CAPITAL MANAGEMENT, LLC, XE CAPITAL ADVISERS, LLC, XE L.I.F.E., LLC, RANDALL K. KAU, and ARCHE MASTER FUND, L.P.,<br><br>          Defendants. | 09-2631 (SBA)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**WHEREAS**, on June 12, 2009, Plaintiff filed a Complaint in the above–captioned action and the case was reassigned to Judge Saundra Brown Armstrong;

WHEREAS, on August 6, 2009, the Plaintiff and Defendants XE Capital Management, LLC, XE Capital Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau, and Arche Master Fund, L.P. (the "XE Defendants") filed a Stipulation and Proposed Order Extending Defendants' Time to Respond to the Plaintiff's Complaint, which was signed by United States Magistrate Judge Maria-Elena James on August 7, 2009, and which set forth that the XE

02266.61457/3097689.1

1 Defendants would have until August 21, 2009, to file a motion or answer directed at the
2 Complaint; Plaintiff would have until September, 23, 2009 to file an opposition to such motion or
3 answer; and the XE Defendants would have until October 9, 2009 to file a reply, if necessary;
4       WHEREAS, on August 19, 2009, the Plaintiff and the XE Defendants filed a
5 Stipulation and Proposed Order Extending Defendants' Time to Respond to the Plaintiff's
6 Complaint, which set forth that the XE Defendants would have until September 21, 2009 to file a
7 motion or answer directed at the Complaint; Plaintiff would have until October, 23, 2009 to file an
8 opposition to such motion or answer; and the XE Defendants would have until November 9, 2009
9 to file a reply, if necessary.
10 **NOW THEREFORE, IT IS STIPULATED AND AGREED** that:
11     1.    Defendants, if they intend to file either a motion or answer directed at the
12 Complaint, shall file such motion or answer on or before October 21, 2009.  Plaintiff shall file any
13 opposition to such motion or answer on or before November 23, 2009, and Defendants shall file
14 their reply, if any, on or before December 11, 2009.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| By: _s/ S. Fey Epling_<br>    S. Fey Epling, Esq. | By: _s/ Emily Kalanithi_<br>    Emily Kalanithi, Esq. |
| 50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>(415) 591-7500 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 |
| *Attorneys for Plaintiff* | -and- |

Kevin S. Reed (Bar No. 2639177)
kevinreed@quinnemanuel.com
Jaimie Leeser Nawaday (Bar No. 4294856)
jaimienawaday@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

*Attorneys for Defendants*
*XE Capital Management, LLC, XE Capital Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau. and ARCHE Master Fund, L.P.*

The parties having so stipulated, and good cause appearing therefore,

IT IS ORDERED THAT

Defendants, if they intend to file either a motion or answer directed at the Complaint, shall file such motion or answer on or before October 21, 2009.  Plaintiff shall file any opposition to such motion or answer on or before November 23, 2009, and Defendants shall file their reply, if any, on or before December 11, 2009.

SO ORDERED this 14th day of September, 2009:

_____
Hon. Saundra Brown Armstrong
Judge, United States District Court