S. FEY EPLING (SBN 190025)
fey.epling@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Plaintiff
SUN LIFE ASSURANCE COMPANY OF CANADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN MOLDAW, Executor of the Estate of Stuart Moldaw, NORMAN FERBER, as Trustee of The 2004 Stuart Moldaw Trust, STUART G. MOLDAW HOLDINGS III, LLC, PHILIP HILL, XE CAPITAL MANAGEMENT, LLC, XE CAPITAL ADVISERS, LLC, XE L.I.F.E., LLC, RANDALL K. KAU, and ARCHE MASTER FUND, L.P.,<br><br>Defendants. | Case No. C 09-2631 SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**WHEREAS**, on June 12, 2009, Plaintiff filed a Complaint in the above-captioned action and the case was reassigned to Judge Saundra Brown Armstrong;

**WHEREAS**, the Plaintiff and Defendants Susan Moldaw, Executor of the Estate of Stuart Moldaw ("Moldaw"), and Norman Ferber, as Trustee of The 2004 Stuart Moldaw Trust ("Ferber") previously agreed and stipulated that Moldaw and Ferber would have until September 21, 2009 to file a motion or answer directed at the Complaint; Plaintiff would have until October, 23, 2009 to file an opposition to such motion or answer; and the Moldaw and Ferber would have

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & [PROPOSED] ORDER EXTENDING DEFTS' TIME TO RESPOND TO PLTF'S COMPLAINT

CASE NO. C 09-2631 SBA

SF01/ 654385.1

until November 9, 2009 to file a reply, if necessary.

**NOW THEREFORE, IT IS STIPULATED AND AGREED** that:

1. Defendants Moldaw and Ferber, if they intend to file either a motion or answer directed at the Complaint, shall file such motion or answer on or before October 21, 2009. Plaintiff shall file any opposition to such motion or answer on or before November 23, 2009, and Defendants Moldaw and Ferber shall file their reply, if any, on or before December 11, 2009.

Dated: September 21, 2009   DRINKER BIDDLE & REATH LLP


By: /s/ S. Fey Epling
    S. Fey Epling (State Bar No. 190025)

**Attorneys for Plaintiffs
Sun Life Assurance Company of Canada**

Dated: September 21, 2009   COTCHETT, PITRE & MCCARTHY


By: /s/ Stuart G. Gross
    Stuart Gross (State Bar No. 251019)

**Attorneys for Defendant
Susan Moldaw, Executor of the Estate of
Stuart Moldaw**

Dated: September 21, 2009   MANATT, PHELPS & PHILLIPS LLP


By: /s/ Barry S. Lee
    Barry S. Lee (State Bar No. 088685)

**Attorneys for Defendant
Norman Ferber, as Trustee of The 2004
Stuart Moldaw Trust**

The parties having so stipulated, and good cause appearing therefore,

IT IS ORDERED THAT, Defendants Moldaw and Ferber, if they intend to file either a motion or answer directed at the Complaint, shall file such motion or answer on or before October 21, 2009. Plaintiff shall file any opposition to such motion or answer on or before November 23,

1  2009, and Defendants Moldaw and Ferber shall file their reply, if any, on or before December 11,
2  2009.

3  SO ORDERED this __23__ day of September, 2009:

4
  _*Saundra B. Armstrong*_
5  Hon. Saundra B. Armstrong
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & [PROPOSED] ORDER EXTENDING DEFTS'
TIME TO RESPOND TO PLTF'S COMPLAIN      - 3 -      CASE NO. C 09-2631 SBA

SF01/ 654385.1