UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>        Plaintiff,<br><br>        vs.<br><br>SUSAN MOLDAW, Executor of the Estate of Stuart Moldaw, NORMAN FERBER, as Trustee of The 2004 Stuart Moldaw Trust, STUART G. MOLDAW HOLDINGS III, LLC, PHILIP HILL, XE CAPITAL MANAGEMENT, LLC, XE CAPITAL ADVISERS, LLC, XE L.I.F.E., LLC, RANDALL K. KAU, and ARCHE MASTER FUND, L.P.,<br><br>        Defendant. | Case No: C 09-2631 SBA<br><br>**ORDER**<br><br>[Docket Nos. 40, 41] |

On September 28, 2009, this Court received two applications by attorneys Gary Lerner and Larry Hutcher for leave to appear *Pro Hac Vice* representing defendant Phillip Hill. Local Rule 11-3(a)(3) requires that a local attorney, identified by name, be a member of this Court in good standing and be designated as co-counsel. The applications by both Gary Lerner and Larry Hutcher failed to comply with this provision.

Accordingly, IT IS HEREBY ORDERED THAT both applications are DENIED without prejudice and can be resubmitted in accordance with L.R. 11-3.

SO ORDERED.

Dated: _10/8/09

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge