| | |
|---|---|
| S. Fey Epling  (State Bar No. 190025)<br>fey.epling@dbr.com<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone:      (415) 591-7500 | Stuart G. Gross (State Bar No. 251019)<br>sgross@cpmlegal.com<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Cente<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone: (650) 697-6000 |
| Attorneys for Plaintiff | Attorneys for Defendant<br>Susan Moldaw, Executor of the Estate of Stuart Moldaw |

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>           Plaintiff,<br><br>    v.<br><br>SUSAN MOLDAW, Executor of the Estate of Stuart Moldaw, NORMAN FERBER, as Trustee of The 2004 Stuart Moldaw Trust, STUART G. MOLDAW HOLDINGS III, LLC, PHILIP HILL, XE CAPITAL MANAGEMENT, LLC, XE CAPITAL ADVISERS, LLC, XE L.I.F.E., LLC, RANDALL K. KAU, and ARCHE MASTER FUND, L.P.,<br><br>           Defendants. | 09-2631 (SBA)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

/ / /

/ / /

/ / /

PHLIT/ 1195979.1

**WHEREAS**, on June 12, 2009, Plaintiff filed a Complaint in the above-captioned action and the case was reassigned to Judge Saundra Brown Armstrong;

**WHEREAS**, the Plaintiff and Defendants Susan Moldaw, Executor of the Estate of Stuart Moldaw ("Moldaw"), Norman Ferber, as Trustee of The 2004 Stuart Moldaw Trust ("Ferber"), XE Capital Management, LLC, XE Capital Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau, and Arche Master Fund, L.P. (the "XE Defendants") previously agreed and stipulated that Moldaw, Ferber and the XE Defendants would have until October 21, 2009 to file a motion or answer directed at the Complaint; Plaintiff would have until November 23, 2009 to file an opposition to such motion or answer; and the Moldaw and Ferber would have until December 11, 2009 to file a reply, if necessary.

**NOW THEREFORE, IT IS STIPULATED AND AGREED** that:

1. Defendants Moldaw, Ferber and the XE Defendants, if they intend to file either a motion or answer directed at the Complaint, shall file such motion or answer on or before November 4, 2009. Plaintiff shall file any opposition to such motion or answer on or before December 7, 2009, and Defendants Moldaw, Ferber and the XE Defendants shall file their reply, if any, on or before December 24, 2009.

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | COTCHETT, PITRE & MCCARTHY |
| By: s/ S. Fey Epling<br>　　S. Fey Epling, Esq. | By: s/ Stuart Gross<br>　　Stuart Griss, Esq. |
| 50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>(415) 591-7500 | San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>(650) 697-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Susan Moldaw, Executor of the Estate of Stuart Moldaw* |
| MANATT, PHELPS & PHILLIPS, LLP | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| By: s/ Barry Lee<br>　　Barry Lee, Esq. | By: s/ Emily Kalanithi<br>　　Emily Kalanithi, Esq. |

PHLIT/ 1195979.1

2

| | |
|---|---|
| One Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 291-7450<br><br>*Attorneys for Defendant*<br>*Norman Ferber, as Trustee of The 2004*<br>*Stuart Moldaw Trust* | 50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br><br>-and-<br><br>Kevin S. Reed (Bar No. 2639177)<br>kevinreed@quinnemanuel.com<br>Jaimie Leeser Nawaday (Bar No. 4294856)<br>jaimienawaday@quinnemanuel.com<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone:   (212) 849-7000<br>Facsimile:    (212) 849-7100<br><br>*Attorneys for Defendants*<br>*XE Capital Management, LLC, XE Capital*<br>*Advisers, LLC, XE L.I.F.E., LLC, Randall K. Kau.*<br>*and ARCHE Master Fund, L.P.* |

The parties having so stipulated, and good cause appearing therefore,

IT IS ORDERED THAT

Defendants Moldaw, Ferber and the XE Defendants, if they intend to file either a motion or answer directed at the Complaint, shall file such motion or answer on or before November 4, 2009. Plaintiff shall file any opposition to such motion or answer on or before December 7, 2009, and Defendants Moldaw, Ferber and the XE Defendants shall file their reply, if any, on or before December 24, 2009.

SO ORDERED this 26th day of October, 2009:

Hon. Saundra Brown Armstrong
Judge, United States District Court

PHLIT/ 1195979.1                                  3