| | |
|---|---|
| S. Fey Epling (State Bar No. 190025)<br>Fey.epling@dbr.com<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th floor<br>San Francisco, Ca  94105-2235<br>(415) 591-7500<br><br>Attorneys for Plaintiffs | Lewis R. Warren, Esq. (State Bar No. 115411)<br>lwarren@abbeylaw.com<br>Abbey, Weitzenberg, Warren & Emery<br>100 Stony Point Road, Suite 200<br>Santa Rosa, California 95402<br>(707) 542-5050<br><br>Attorneys for Defendant<br>Philip Hill |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN MOLDAW, Executor of the Estate of Stuart Moldaw, NORMAN FERBER, as Trustee of The 2004 Stuart Moldaw Trust, STUART G. MOLDAW HOLDINGS III, LLC, PHILIP HILL, XE CAPITAL MANAGEMENT, LLC, XE CAPITAL ADVISERS, LLC, XE L.I.F.E., LLC, RANDALL K. KAU, and ARCHE MASTER FUND, L.P.,<br><br>　　　　　　　　Defendants.<br>_____ | Case No. 09-2631 SBA<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT Philip hill'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**WHEREAS,** on June 12, 2009, Plaintiff filed a Complaint in the above-captioned action and the case was assigned to Chief Magistrate Judge Maria-Elena James;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

The time for Defendant, Philip Hill, to file a responsive pleading shall be extended through October 28, 2009.  In the event Defendant Hill files a motion, Plaintiff shall file any opposition to such motion on or before December 2, 2009, and Defendant Hill shall file his reply, if necessary, on or before December 16, 2009.

1
2 | **DRINKER BIDDLE & REATH LLP** | **ABBEY, WEITZENBERG, WARREN & EMERY**
3
4  By: _____/s/_____
      S. Fey Epling, Esq.                      By: _____/s/_____
5     50 Fremont Street, 20th Floor                 Lewis R. Warren, Esq.
      San Francisco, CA  94105-2235                 100 Stony Point Road, Suite 200
6     (415) 591-7500                                Santa Rosa, California 95402
      *Attorneys for Plaintiff, Sun Life*           Telephone: (707) 542-5050
7     *Assurance Company of Canada*                 *Attorneys for Defendant, Philip Hill*

8  SO ORDERED this 3rd day of November, 2009:

9

10  _____*[signature: Saundra B Armstrong]*_____
11  United States Judge Saundra Brown Armstrong

2