| | |
|---|---|
| S. Fey Epling (State Bar No. 190025) | Lewis R. Warren (State Bar No. 115411) |
| fey.epling@dbr.com | lwarren@abbeylaw.com |
| Drinker Biddle & Reath, LLP | Abbey, Weitzenberg, Warren & Emery |
| 50 Fremont Street, 20th Floor | 100 Stony Point Road, Suite 200 |
| San Francisco, CA 94105-2235 | Santa Rosa, California 95402 |
| Telephone: (415) 591-7500 | Telephone: (707) 542-5050 |
| Attorneys for Plaintiff | Attorneys for Defendant Philip Hill |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN MOLDAW, Executor of the Estate of Stuart Moldaw, NORMAN FERBER, as Trustee of The 2004 Stuart Moldaw Trust, STUART G. MOLDAW HOLDINGS III, LLC, PHILIP HILL, XE CAPITAL MANAGEMENT, LLC, XE CAPITAL ADVISERS, LLC, XE L.I.F.E., LLC, RANDALL K. KAU, and ARCHE MASTER FUND, L.P.,<br><br>    Defendants. | 09-2631 (SBA)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT PHILIP HILL'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

/ / /

/ / /

/ / /

**WHEREAS**, on June 12, 2009, Plaintiff filed a Complaint in the above-captioned action and the case was reassigned to Judge Saundra Brown Armstrong;

**WHEREAS**, the Plaintiff and Defendant Phillip Hill ("Hill") previously agreed and stipulated that Hill would have until December 4, 2009 to file a motion or answer directed at the Complaint; Plaintiff would have until January 11, 2010 to file an opposition to such motion or answer; and Hill would have until January 22, 2010 to file a reply, if necessary; and

**WHEREAS**, the Plaintiff has since filed a notice of voluntary dismissal, dismissing several of the claims previously asserted against certain other defendants, and the Plaintiff is currently in discussions with Hill which may lead to the dismissal of Plaintiff's claims against Hill (or the filing an Amended Complaint).  Therefore, the Parties agree to extend the deadlines above.

**NOW THEREFORE, IT IS STIPULATED AND AGREED** that:

1. Defendant Hill, if he intends to file either a motion or answer directed at the Complaint, shall file such motion or answer on or before December 21, 2009.  Plaintiff shall file any opposition to such motion or answer on or before January 25, 2010, and Defendant Hill shall file his reply, if any, on or before February 5, 2010.

DRINKER BIDDLE & REATH LLP

By:  s/ S. Fey Epling

    S. Fey Epling, Esq.

50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
(415) 591-7500

*Attorneys for Plaintiff*

ABBEY, WEITZENBERG, WARREN&EMERY

By:  s/ Lewis R. Warren

    Lewis R. Warren, Esq.

100 Stony Point Road, Suite 200
Santa Rosa, California 95402
(707) 542-5050

*Attorneys for Defendant Philip Hill*

1  The parties having so stipulated, and good cause appearing therefore,

2      IT IS ORDERED THAT

3      Defendant Hill, if he intends to file either a motion or answer directed at the Complaint,

4  shall file such motion or answer on or before December 21, 2009.  Plaintiff shall file any

5  opposition to such motion or answer on or before January 25, 2010, and Defendant Hill shall file

6  his reply, if any, on or before February 5, 2010.

7  SO ORDERED this _8_ day of December, 2009:

8

9

10                                          Hon. Saundra Brown Armstrong
                                            Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3